AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 15 2017
ARTHUR JOHNSTON
BY [illegible] DEPUTY

ALVIN BROWN
*Petitioner*

v.

VICTOR MASON, SHERIFF
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:17cv 473-WHB-LRA
*(Supplied by Clerk of Court)*

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Alvin Lionel Brown, Jr.
   (b) Other names you have used: none
2. Place of confinement:
   (a) Name of institution: Hinds County Detention Center, Raymond Ms.
   (b) Address: 1450 County Farm Road
   Raymond, Ms. 39154
   (c) Your identification number: #76095
3. Are you currently being held on orders by:
   ❒ Federal authorities ☑ State authorities ❒ Other - explain:
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ❒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ❒ Being held on an immigration charge
   ❒ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*: I am challenging the decisions of the Hinds County Circuit Court on several issues material to my Fundamental Rights. There are Special Circumstances in the present case that should warrant consideration of the issues presented in this petition.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Hinds County Circuit Court, P.O. Box 327, Jackson, Ms. 39205

(b) Docket number, case number, or opinion number: 09-1304

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Action that produced convictions for the offenses of Imperfect self defense Manslaughter and aggravated assaults.

(d) Date of the decision or action: February 5, 2014

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Mississippi Court of Appeals

(2) Date of filing: Exact date unknown although appeal was timely filed

(3) Docket number, case number, or opinion number: 2014-KA-00331-COA

(4) Result: Reversed in part and affirmed in part

(5) Date of result: June 28, 2016

(6) Issues raised: 1) Whether my right to a fair and Speedy trial was violated; 2) Whether the exclusion of my witness denied my right to a fair trial (exhausted in speedy trial issue); 3) Whether the State failed to meet the required Constitutional Standard in proving the elements of the offenses alleged in the indictment; 4) Whether I was subject to double jeopardy. (More issues were presented

although I only seek proper redress of these federal issues)

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Mississippi Supreme Court

(2) Date of filing: November 16, 2016

(3) Docket number, case number, or opinion number: 2014-CT-00881-SCT

(4) Result: Reversed and Remanded (Federal issues presented not afforded adequate redress)

(5) Date of result: May 4, 2017

(6) Issues raised: 1) Whether my right to a fair and speedy trial was violated; 2) Whether the exclusion of my only witness denied my right to a fair trial (exhausted in fair and speedy trial issue); 3) Whether the State failed to meet the required Constitutional standards in proving the elements of the offenses alleged in the indictment; 4) Whether I was subject to double jeopardy. (More issues were presented although I only seek proper redress of these federal issues)

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: Initially I was of the opinion that when the Court reversed my convictions for further proceedings that the trial Court was precluded from retrying the charges, although they now are subjecting me to jeopardy on these offenses again, despite the fact that I was acquitted by the jury. These Special Circumstances warrant this Courts consideration.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: The convictions and sentences produced have been reversed. I only desire my Federal Issues exhassted to be properly addressed because this will conclude in my convictions being rendered. Also I am of the opinion that proper redress of these issues have been denied to denied my due process: and equal protections of the laws and treaties of our United States Constititution

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ____________

(b) Date of the removal or reinstatement order: ____________

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ____________

(2) Case number: ____________

(3) Result: ____________

(4) Date of result: ____________

(5) Issues raised: ____________

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ____________

(2) Date of filing: ____________

(3) Case number: ____________

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE**: That my right to recieve a fair and Speedy trial has been violated

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

It took nearly four years for my first trial to commence. The delay was ultimately produced to gain a tactical advantage over my defense. This delay caused me to be deprived of priveleges that I would have been entitled to pertaining to my sentence and witnesses memories to diminish resulting in my evidence being impaired and ect.,

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

**GROUND TWO**: Whether the exclusion of my only witness denied my right to recieve any fair trial

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

This witnesses testimony was material to my defense (Proffer made). The jury should have been allowed to consider this testimony and resolve these facts. This witness was a victim of this case. The prosecution was permitted to question me regarding why this witness was not present in the presence of the jury. This excited prejudice in the jury and severely prejudiced my defense. Since my witness has now died my defense has been irreparably prejudiced. Under these circumstances no jury can ever discover the truth.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

**GROUND THREE**: Whether the State failed to meet the required constitutional standards in proving the elements of the offenses alleged in the indictment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The indictment given to me notified me that I would be prosecuted for committing the offenses with a depraved heart and recklessly causing injuries to the victims. The convictions produced rested on a theory of me being under a bona fide belief that it was necessary to cause such injuries (Prosecution submitted this instruction). I had no idea that the State would alternate its theory at the end of the trial. Likewise this supports the fact that the evidence of this case is insufficient to sastisfy the elements of the offenses alleged in the indictment. The State should not be allowed to constantly alternate its theory. The proper remedy for relief was to reverse and render my convictions.

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: Whether I was subjected to double jeopardy

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I did not consent to the declaration of the mistrial. I had a right to have my trial be completed by my selected jury. The mistrial was the result of my defense sustaining severe prejudice to my defense at my second trial. The states witnesses deliberately impaired my evidence at the second trial, but claimed that it resulted from the delay of the trials. Under these circumstances the innocent have no chance of being acquitted.

ACTUAL INNOCENSE

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: These grounds were presented in my pro se issues and after reviewing the substances of those issues this Court will find that these issues have been reasonably presented and exhausted entirely in the State Courts.

**Request for Relief**

15. State exactly what you want the court to do: I respectfully request this Court reverse the erroneous decisions of the Mississippi Supreme Court and Render all of the convictions produced, or in alternate that the indictment be dismissed with prejudice.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

June 11, 2017

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6/11/2017

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

LEGAL MAIL

Alvin Brown #76095
1450 County Farm Road
Raymond, Ms. 39154

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Ms. 39201

LEGAL MAIL